IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAMIE CHERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-00755-JHE |

### STIPULATION OF DISMISSAL OF DEFENDANT AMSHER COLLECTION SERVICES, INC WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant AmSher Collection Services, Inc., without attorney's fees or costs to either party.

Dated this 12th day of February, 2021.

                        Respectfully submitted,

                        By: /s/ J. Danny Hackney
                        J. Danny Hackney
                        Bar No. ASB-7909-K72J
                        PO Box 1491
                        Alabaster, AL 35007
                        Telephone: (205) 542-2500
                        E-Mail: jdannyhackney@gmail.com
                        *Attorney for Plaintiff*
                        *Angela Vinson*

  /s/ Laura C. Nettles
Laura C. Nettles(ASB-5805-S63L)
OF COUNSEL:
Lloyd, Gary, Whitehead & Monroe
880 Montclair Rd, Suite 100
Birmingham, Alabama 35213
Telephone: 205.967.8822
Facsimile: 205.967,2380
Email: Lnettles@lgwmlaw.com
*Attorney for Defendant*
*AmSher Collection Services, Inc.*

## PROOF OF SERVICE

    I, J. Danny Hackney, hereby state that on February 12, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

    /s/ J. Danny Hackney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAMIE CHERRY,<br><br>       Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>       Defendants. | Case No.: 2:20-cv-00755-JHE |

## **ORDER OF DISMISSAL WITH PREJUDICE OF AMSHER COLLECTION SERVICES, INC**

Plaintiff Mamie Cherry have announced to the Court that all matters in controversy against AmSher Collection Services, Inc have been resolved. A Stipulation of Dismissal with Prejudice of AmSher Collection Services, Inc has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of AmSher Collection Services, Inc the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Mamie Cherry against Defendant AmSher Collection Services, Inc are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 12th day of February, 2021.

_____
THE HONORABLE DISTRICT JUDGE