IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Mamie Cherry,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., et al.<br><br>　　　　Defendants. | Case No.: 2:20-cv-00755-JHE |

### NOTICE OF SETTLEMENT WITH DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC

　　Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equifax Information Services, LLC., with prejudice, no later than July 6, 2021.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ J. Danny Hackney
　　　　　　　　　　　　　　　　　　　J. Danny Hackney
　　　　　　　　　　　　　　　　　　　Bar No. ASB-7909-K72J
　　　　　　　　　　　　　　　　　　　PO Box 1491
　　　　　　　　　　　　　　　　　　　Alabaster, AL 35007
　　　　　　　　　　　　　　　　　　　Telephone: (205) 542-2500
　　　　　　　　　　　　　　　　　　　E-Mail: jdannyhackney@gmail.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Mamie Cherry*

May 10, 2021

## **PROOF OF SERVICE**

    I, J. Danny Hackney, hereby state that on May 10, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

 /s/ J. Danny Hackney