IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAMIE CHERRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00755-JHE |

### STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant Equifax Information Services, LLC., without attorney's fees or costs to either party.

Dated this 1st day of July, 2021.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: /s/ J. Danny Hackney
　　　　　　　　　　　　　　　　J. Danny Hackney
　　　　　　　　　　　　　　　　Bar No. ASB-7909-K72J
　　　　　　　　　　　　　　　　PO Box 1491
　　　　　　　　　　　　　　　　Alabaster, AL 35007
　　　　　　　　　　　　　　　　Telephone: (205) 542-2500
　　　　　　　　　　　　　　　　E-Mail: jdannyhackney@gmail.com
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　*Mamie Cherry*

      /s/Joseph D. Steadman, Jr.
Joseph D. Steadman, Jr.
Jones Walker LLP 11 N. Walker Street, Suite 1200
Mobile, AL 36602
Tel: (251) 439-7534
Fax: (251) 439-7392
Email:  jsteadman@joneswalker.com
*Attorney for Defendant*
*Equifax Information Services LLC*

## PROOF OF SERVICE

I, J. Danny Hackney, hereby state that on July 1, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

      /s/ J. Danny Hackney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAMIE CHERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-00755-JHE |

## **ORDER OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff Mamie Cherry have announced to the Court that all matters in controversy against Equifax Information Services, LLC have been resolved. A Stipulation of Dismissal with Prejudice of Equifax Information Services, LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Equifax Information Services, LLC the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Mamie Cherry against Defendant Equifax Information Services, LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 1st day of July, 2021.

_____<br>THE HONORABLE DISTRICT JUDGE