# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MAMIE CHERRY,** | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | } Case No.: 2:20-cv-00755-MHH |
| | } |
| **EQUIFAX INFORMATION** | } |
| **SERVICES, LLC,** *et al.*, | } |
| | } |
| Defendants. | } |

## ORDER

The parties have filed a Stipulation of Dismissal With Prejudice. (Doc. 30). The Court **ORDERS** that this action is dismissed with prejudice, without attorney's fees or costs to either party. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this July 2, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE